**STATE OF MAINE**                                 **SUPERIOR COURT**

**Cumberland, ss.**

TELECOM MANAGEMENT, INC.
and PETER BOUCHARD

                Plaintiffs

    v.                               Docket No. CUMSC-CV-16-0451

MICHAEL ELIE



STATE OF MAINE
Cumberland ss. Clerk's Office
MAR 22 2017
RECEIVED

                Defendant

## ORDER ON DEFENDANT'S MOTION TO DISQUALIFY

Defendant Michael Elie's Motion to Disqualify the Law Firm of Norman, Hanson & Detroy is before the court. No opposition to the Motion has been filed.

The Motion was docketed February 24, 2017, and attorney Sharon's cover letter of February 21, 2017 recites that a copy has been sent to Plaintiffs' counsel. The Motion contains the notice referred to in M.R. Civ. P. 7(b)(1)(A) (failure to file opposition to a motion within 21 days constitutes a waiver of objection and allows the court to act on the motion without further notice or hearing). The waiver of objection does not mean that the motion automatically is granted, but in this case, the motion recites a sufficient basis for disqualification under the Maine Rules of Professional Conduct, so it will be granted.

IT IS HEREBY ORDERED:

1. Defendant Michael Elie's Motion to Disqualify the Law Firm of Norman, Hanson & Detroy is granted without objection. The Norman, Hanson & DeTroy firm is hereby disqualified from representing the Plaintiffs in this case.

2. Within 20 days of this Order, Plaintiffs shall either cause a member of the Maine Bar to enter an appearance on their behalf or, in the case of Plaintiff Peter Bouchard only, shall

1

notify the court that he will be representing himself. Plaintiff Telecom Management, Inc. must be represented by an attorney licensed to practice in Maine. *See* 4 M.R.S. § 807. *See also Land Management, Inc. v. Dep't of Environmental Protection,*368 A.2d 602, 603 (Me. 1977). Failure to comply may result in dismissal of the case.

3. During the 20-day period permitted by paragraph 2, no action adverse to the Plaintiffs will be taken in this case.

Pursuant to M.R. Civ. P. 79(a), the clerk is hereby directed to incorporate this Order by reference in the docket.

Dated March 22, 2017

_____
A. M. Horton, Justice

CLERK OF COURTS
Cumberland County
205 Newbury Street, Ground Floor
Portland, ME 04101

PETER BOUCHARD
TELECOM MANAGEMENT
39 DARLING AVE
SOUTH PORTLAND, ME 04106

CLERK OF COURTS
Cumberland County
205 Newbury Street, Ground Floor
Portland, ME 04101

LEONARD SHARON, ESQ
223 MAIN STREET
AUBURN, ME 04210-5833

CLERK OF COURTS
Cumberland County
205 Newbury Street, Ground Floor
Portland, ME 04101

PAUL DRISCOLL, ESQ
MICHAEL DEVINE, ESQ
NORMAN HANSON & DETROY LLC
PO BOX 4600
PORTLAND, ME 04112-4600